1  SEAN P. NALTY (SBN 121253)
   Email: sean.nalty@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   Email: shivani.nanda@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  525 Market Street – 17th Floor
   San Francisco, California 94105-2725
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendants,
7  **LIFE INSURANCE COMPANY OF NORTH AMERICA**
   **and PROBUILD HOLDINGS, INC. INSURANCE PLAN**
8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  JONATHAN LOOK, | CASE NO. 1:12-cv-01464-AWI-DLB |
| 12         Plaintiff, | **REQUEST FOR PERMISSION TO APPEAR BY TELEPHONE AT SCHEDULING CONFERENCE AND ORDER** |
| 13         v. | |
| 14  LIFE INSURANCE COMPANY OF NORTH AMERICA; and PROBUILD HOLDINGS, INC. INSURANCE PLAN, | Date:      December 11, 2012<br>Time:      9:00 a.m.<br>Crtrm:     9 |
| 16         Defendants. | Location:  2500 Tulare Street, Fresno, California 93721 |
| 17 | Judge:     Hon. Dennis L. Beck |

18

19         Pursuant to Rule 16(c)(1) of the Federal Rules of Civil Procedure and this Court's Order

20  Setting Mandatory Scheduling Conference (Docket No. 5), Defendants Life Insurance Company

21  of North America and Probuild Holdings, Inc. Insurance Plan (jointly referred to as

22  "Defendants") request that their counsel, Sean Nalty, be permitted to appear telephonically at the

23  Scheduling Conference set for December 11, 2012 at 9:00 a.m. for the following reasons:

24  ///

25  ///

26  ///

27  ///

28  ///

Counsel for Defendants is located in San Francisco, California.  By attending telephonically, Defendants will not have to incur the attorneys fees and travel costs associated with appearing in person in Fresno.  Counsel will be prepared to substantively participate telephonically during the entirety of the Scheduling Conference.

RESPECTFULLY SUBMITTED:

Date: December 4, 2012         WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP

                        By:    /s/ Sean P. Nalty
                               SEAN P. NALTY
                               SHIVANI NANDA
                               Attorneys for Defendants
                               **LIFE INSURANCE COMPANY OF NORTH AMERICA and PROBUILD HOLDINGS, INC. INSURANCE PLAN**

## ORDER

The request of defendants Life Insurance Company of North America and Probuild Holdings, Inc. Insurance Plan to have their representative appear by telephone at the Scheduling Conference set for December 11, 2012 at 9:00 a.m. came before this court in due course.  For good cause shown, the request is **GRANTED**.  Defendants' representative shall appear by telephone and be available during the entirety of the Scheduling Conference.

IT IS SO ORDERED.

   Dated:   **December 4, 2012**              /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE